# Court of Appeals
# of the State of Georgia

ATLANTA, November 05, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1379. BAGWELL v. JP MORGAN CHASE.**

This appeal was previously before this Court as Case No. A11A2115. In response to Appellee's Motion to Supplement the Record in that case, this Court issued an order dated August 3, 2011, remanding the case to the trial court for completion of the record. It appears, however, that the record was not completed as the present appeal was filed without any supplementation of the record.

We therefore find it necessary to once again REMAND this case to the trial court for completion of the record. On second remand, the trial court is instructed to conduct a hearing or otherwise receive input from the parties regarding the evidence to be included in the record on appeal, specifically the evidence relied upon in granting appellee's motion for summary judgment.

Appellant may file a new notice of appeal within 30 days of the completion of the record, but not prior to completion of the record.





*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 11/05/2012
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*